PO BOX 1259, Dept #25271
OAKS, PA 19456



RETURN SERVICE REQUESTED



PLAINTIFF'S EXHIBIT
1

**USCB** CORPORATION

PO Box 75 Archbald PA 18403
*Calls to or from this company may be monitored or recorded for quality assurance.
Phone #: (570)876-6309 Fax #: (570)876-8179
OFFICE HOURS: (Eastern Time)
Monday - Thursday 9AM - 9PM
Friday 9AM - 5PM
Saturday 9AM - 1PM

ACA INTERNATIONAL
The Association of Credit and Collection Professionals

Date: December 14, 2011

*Personal & Confidential*

 6515-8965



Juan Jones
PO BOX 1000
CUMBERLAND MD 21501-1000

Client:            Penn Foster School
Creditor's Account #:   21244878
Reference #:         THM0015971
Current Balance Due:  $853.00

Dear Juan Jones:

This account has been listed with our office for collection. It is our intention to work with you to resolve this collection account. We may report this account to all national credit bureaus. You can enclose your payment in the envelope provided and make your check or money order payable to USCB Corporation. All payments and correspondence should be sent to our mailing address at PO Box 75, Archbald PA 18403. Should you wish to speak to a representative concerning your account you may contact this office at (570)876-6309. Please refer to the account number indicated above.

This is an attempt to collect a debt, and any information obtained will be used for that purpose. This communication is from a debt collector.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

Sincerely,
James Francis
USCB Corporation
A Professional Debt Recovery Agency

<<<To pay online visit www.uscbcorp.com or to pay using our 24/7 automated system call (570)876-6309>>>

---

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

Client:            Penn Foster School
Creditor's Account #:   21244878
Reference #:         THM0015971
Current Balance Due:  $853.00

IF PAYING BY VISA, MASTERCARD, DISCOVER OR AMERICAN EXPRESS, FILL OUT BELOW

☐ VISA  ☐ MASTERCARD  ☐ DISCOVER  ☐ AMER. EXP.
CARD NUMBER
EXP. DATE     AMOUNT
SIGNATURE
MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD

**PAY BY CREDIT CARD**

Juan Jones
PO BOX 1000
CUMBERLAND MD 21501-1000

*PLEASE SEND ALL CORRESPONDENCE TO THE BELOW ADDRESS:*

U S C B CORPORATION
P.O. BOX 75
ARCHBALD, PA 18403

8965 - CL1A